UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61473-UU

CAESAR BACARELLA,

    Plaintiff,
v.

AIG PROPERTY CASUALTY
INSURANCE CO.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Mediator Cindy Niad Hannah's Mediator's Report (the "Report"). D.E. 31. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On February 7, 2019, Cindy Niad Hannah filed the Report, informing the Court that the parties had reached a settlement of all issues in this case. *Id.*

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by February 28, 2019.  If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty (60) days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th__ day of February, 2019.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record