UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-61473-UU

CAESAR BACARELLA,

    Plaintiff,
v.

AIG PROPERTY INSURANCE CO.,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court *sua sponte*. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises. On February 8, 2019, upon the Parties' notice of settlement, the Court entered its Notice of Court Practice Upon Settlement, which directed the parties to file their settlement papers no later than February 28, 2019. D.E. 32. In that order, the Court stated that failure to file the papers by that date would result in dismissal of the case. *Id*. As of the date of this order, the Parties have not filed their settlement documents, and they have not moved for an additional extension. It is, therefore

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE for failure to abide by the Court's Order, D.E. 32. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _12th_ day of March, 2019.

                                                                               _____
                                                                               URSULA UNGARO
                                                                               UNITED STATES DISTRICT JUDGE

copies provided: counsel of record